NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE ASSOCIATION FOR MOLECULAR PATHOLOGY, THE AMERICAN COLLEGE OF MEDICAL GENETICS, THE AMERICAN SOCIETY FOR CLINICAL PATHOLOGY, THE COLLEGE OF AMERICAN PATHOLOGISTS, HAIG KAZAZIAN, MD, ARUPA GANGULY, PhD, WENDY CHUNG, MD, PhD, HARRY OSTRER, MD, DAVID LEDBETTER, PhD, STEPHEN WARREN, PhD, ELLEN MATLOFF, M.S., ELSA REICH, M.S., BREAST CANCER ACTION, BOSTON WOMEN'S HEALTH BOOK COLLECTIVE, LISBETH CERIANI, RUNI LIMARY, GENAE GIRARD, PATRICE FORTUNE, VICKY THOMASON, and KATHLEEN RAKER,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant,*

**and**

**MYRIAD GENETICS, INC.,**
*Defendant-Appellant,*

**and**

**LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS,**

**THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,**
*Defendants-Appellants.*

---

2010-1406

---

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-4515, Senior Judge Robert W. Sweet.

---

## ON MOTION

---

## ORDER

The Federal Circuit Bar Association (FCBA) moves without opposition for leave to file a brief amicus curiae in connection with the motion to recuse Chief Judge Rader filed by The Association for Molecular Pathology et al.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. In the event that Chief Judge Rader is assigned to the panel in this case or the case is heard en banc, the FCBA's amicus brief will be transmitted to him.

FOR THE COURT

**AUG 1 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly

Clerk

cc: Christopher A. Hansen, Esq.
Gregory A. Castanias, Esq.
Edward R. Reines, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**